Rob Bonta
Attorney General of California
Sara J. Drake
Senior Assistant Attorney General
T. Michelle Laird
Supervising Deputy Attorney General
Jeremy Stevens, State Bar No. 313883
Deputy Attorney General
Noel A. Fischer, State Bar No. 232553
Deputy Attorney General
  600 West Broadway, Suite 1800
  San Diego, CA 92101
  P.O. Box 85266
  San Diego, CA 92186-5266
  Telephone: (619) 738-9133
  Fax: (619) 645-2271
  E-mail: Noel.Fischer@doj.ca.gov
*Attorneys for State Defendants*

Michael Hollowell, State Bar No. 314530
Redding Rancheria
  2000 Redding Rancheria Road
  Redding, CA 96001-5528
Scott D. Crowell, *Pro Hac Vice*
Crowell Law Office – Tribal Advocacy Group PLLC
  1487 W. State Route 89A, Suite 8
  Sedona, AZ 86336
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **REDDING RANCHERIA, a federally-recognized Indian Tribe,**<br><br>                            Plaintiff,<br><br>v.<br><br>**STATE OF CALIFORNIA, and GAVIN NEWSOM IN HIS OFFICIAL CAPACITY AS GOVERNOR OF CALIFORNIA,**<br><br>                            Defendants. | 2:21-cv-00579-AWI-SKO<br><br>**STIPULATION OF THE PARTIES REGARDING SERVICE OF SUMMONS AND COMPLAINT, DATE BY WHICH ANSWER OR OTHER RESPONSIVE PLEADING IS DUE, AND ORDER THEREON**<br><br>(Doc. 14) |

1

Stipulation Re Service of Summons & Complaint, Date Answer or Other Responsive Pleading is Due, & Order Thereon (2:21-cv-00579-AWI-SKO)

The parties, through their undersigned legal counsel, hereby stipulate as follows:

1. The plaintiff served, and defendants Gavin Newsom, in his official capacity as Governor of the State of California, and defendant State of California (Defendants) accepted service of, the summons and complaint and the Order Setting Mandatory Scheduling Conference in this case on April 27, 2021.

2. Given the complexity of this litigation under the Indian Gaming Regulatory Act (IGRA) (18 U.S.C. §§ 1166-1168; 25 U.S.C. §§ 2701-2721), the parties agree that the filing date for Defendants' answer or other responsive pleadings to the summons and complaint is extended to on or before Thursday, June 17, 2021.

3. The plaintiff and Defendants request the Court to enter an order approving this stipulation and ordering the parties to carry out the terms of this stipulation.

Dated: May 14, 2021                     Respectfully submitted,

                                        ROB BONTA
                                        Attorney General of California
                                        SARA J. DRAKE
                                        Senior Assistant Attorney General
                                        T. MICHELLE LAIRD
                                        Supervising Deputy Attorney General
                                        JEREMY STEVENS
                                        Deputy Attorney General


                                        */s/ Noel A. Fischer*
                                        NOEL A. FISCHER
                                        Deputy Attorney General
                                        *Attorneys for the State Defendants*

Dated: May 14, 2021                     Respectfully submitted,


                                        */s/ Scott D. Crowell*
                                        Scott D. Crowell
                                        Michael Hollowell
                                        *Attorneys for Plaintiff*
                                        *Redding Rancheria*

2

Stipulation Re Service of Summons & Complaint, Date Answer or Other Responsive Pleading is Due, & Order Thereon (2:21-cv-00579-AWI-SKO)

# ORDER

Having read the foregoing stipulation of the parties regarding service of the summons, complaint, and Order Setting Mandatory Scheduling Conference and the date that the Defendants' answer or other responsive pleading must be filed (Doc. 14), and good cause appearing therefor,

**IT IS HEREBY ORDERED**, that the above stipulation of the parties is hereby approved, the parties shall carry out the terms of the stipulation and the Defendants, and each of them, shall file their answer to the complaint or other responsive pleading on or before June 17, 2021.

IT IS SO ORDERED.

Dated: **May 17, 2021**              /s/ *Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE

3

Stipulation Re Service of Summons & Complaint, Date Answer or Other Responsive Pleading is Due, & Order Thereon  (2:21-cv-00579-AWI-SKO)