MICHAEL HOLLOWELL, SBN 314530
Redding Rancheria
2000 Redding Rancheria Road
Redding, California 96001-5528
Michael.Hollowell@reddingrancheria-nsn.gov
Telephone: (530) 242-4557
Fax: (530) 243-8768

SCOTT D. CROWELL, *Pro Hac Vice*
Crowell Law Office – Tribal Advocacy Group PLLC 1487 W. State Route 89A, Ste. 8
Sedona, Arizona 86336
scottcrowell@clotag.net
Telephone: (425) 802-5369
Fax: (509) 235-5017

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REDDING RANCHERIA, a federally-recognized Indian Tribe,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA, and GAVIN NEWSOM IN HIS OFFICIAL CAPACITY AS GOVERNOR OF CALIFORNIA,<br><br>Defendants. | Case No. 2:21-cv-00579-AWI-SKO<br><br>**ORDER AMENDING SCHEDULING ORDER**<br><br>(Doc. 22) |

On October 12, 2021, the parties filed a Joint Stipulation to Amend Scheduling Order, requesting that all dates and deadlines in the Scheduling Order (Doc. 20) be continued for approximately sixty (60) days due to ongoing settlement discussions. (Doc. 22.)

For good cause shown, the Court GRANTS the parties' request, and the Scheduling Order is MODIFIED as follows:

| Event | Prior Date | Continued Date |
|---|---|---|
| Filing Motions to Amend the Pleadings | August 2, 2021 | December 14, 2021 |
| Filing of the Joint Record of Negotiation | October 14, 2021 | December 14, 2021 |
| Non-Dispositive Motion Filing | November 8, 2021 | January 10, 2022 |
| Non-Dispositive Motion Hearing | December 8, 2021 | February 9, 2022 |
| Dispositive Motion Filing | November 8, 2021 | January 10, 2022 |
| Filing of Oppositions to Dispositive Motion | December 6, 2021 | February 14, 2022 |
| Filing of Replies in Support of Dispositive Motion | December 20, 2021 | February 28, 2022 |
| Dispositive Motion Hearing | January 24, 2022 | March 28, 2022 |
| Providing Dates for Settlement Conference | November 22, 2021 | January 25, 2022 |

IT IS SO ORDERED.

Dated:   **October 13, 2021**                    /s/ *Sheila K. Oberto*
                                                         UNITED STATES MAGISTRATE JUDGE