MICHAEL HOLLOWELL, State Bar No. 314530
Redding Rancheria
2000 Redding Rancheria Road
Redding, CA 96001-5528
SCOTT D. CROWELL, *Pro Hac Vice*
Crowell Law Office – Tribal Advocacy Group PLLC
1487 W. State Route 89A, Suite 8
Sedona, AZ 86336
Email: scottcrowell@clotag.net
*Attorneys for Plaintiff*

ROB BONTA
Attorney General of California
SARA J. DRAKE
Senior Assistant Attorney General
T. MICHELLE LAIRD
Supervising Deputy Attorney General
JEREMY STEVENS, State Bar No. 313883
Deputy Attorney General
NOEL A. FISCHER, State Bar No. 232553
Deputy Attorney General
600 West Broadway, Suite 1800
San Diego, CA 92101
P.O. Box 85266
San Diego, CA 92186-5266
Telephone: (619) 738-9133
Fax: (619) 645-2271
E-mail: Noel.Fischer@doj.ca.gov
*Attorneys for State Defendants*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REDDING RANCHERIA, a federally-recognized Indian Tribe,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA, and GAVIN NEWSOM IN HIS OFFICIAL CAPACITY AS GOVERNOR OF CALIFORNIA,<br><br>Defendants. | Case No.: 2:21-cv-00579-AWI-SKO<br><br>**JOINT STIPULATION TO STAY PROCEEDINGS** |

Pursuant to the United States District Court, Eastern District of California Local Rules, Rule 143, Plaintiff Redding Rancheria, a federally recognized Indian Tribe (Redding or Tribe), and Defendant Gavin Newsom, in his official capacity as Governor of the State of California, and Defendant State of California (collectively, State Defendants), stipulate as follows:

Whereas, the Tribe and State Defendants (collectively, the Parties) have engaged in discussions that may lead to the successful resolution of the dispute; and

Whereas, in November 2021, the Assistant Secretary – Indian Affairs, pursuant to authority delegated from the Secretary of the United States Department of the Interior (Interior), disapproved three class III gaming compacts between three tribes and the State of California, and

Whereas, the State of California (State) in December 2021 expressed its concern to Interior that the compact disapprovals were arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law and requested that Interior reconsider those disapprovals; and

Whereas the State and two of the tribes that received formal disapprovals of their compacts from Interior, the Middletown Rancheria of Pomo Indians of California (Middletown) and the Santa Rosa Indian Community of the Santa Rosa Rancheria (Santa Rosa), have reached agreement on revised compact terms intended to address the concerns raised in Interior's disapprovals, which has resulted in new class III gaming compacts that are currently pending before Interior for approval, disapproval, or no action no later than the end of July 2022; and

Whereas the State and the Tribe believe that both the anticipated decision to be issued from the United States Court of Appeals for the Ninth Circuit in the matter of *Chicken Ranch Rancheria of Me-Wuk Indians, et al. v. State of California, et al.*, case no. 21-15751, and the decision from Interior regarding the two revised compacts (Middletown and Santa Rosa) will better inform the Parties as to how to best approach successful resolution of the dispute; and

Whereas, the Parties believe that staying the action until the later of: (i) the aforementioned anticipated decision in the *Chicken Ranch Rancheria of Me-Wuk Indians, et al. v. State of California, et al.*, case no. 21-15751, appeal; or (ii) the aforementioned anticipated decisions from Interior regarding the Middletown and Santa Rosa revised compacts, will enable the Parties to pursue resolution of the dispute, while still preserving a schedule that will allow for expeditious judicial resolution if the Parties are not able to reach an agreement.

IT IS HEREBY STIPULATED and respectfully requested by the Parties that the Court stay the matter until twenty-one (21) days after the later of: (i) the issuance of an opinion by the United States Court of Appeals for the Ninth Circuit in the matter of *Chicken Ranch Rancheria of Me-Wuk Indians, et al. v. State of California*, et al., case no. 21-15751; or (ii) the publication by Interior in the Federal Register of its decisions to approve, deny, or not act on the revised Middletown and Santa Rosa compacts; and

IT IS FURTHER STIPULATED and respectfully requested by the Parties that the Court vacate the Scheduling Order now in effect: and

IT IS FURTHER STIPULATED and respectfully requested by the Parties that the Court order the Parties to submit a joint status report and proposed schedule no later than the date the stay is lifted by the terms of this stipulation.

RESPECTFULLY SUBMITTED this 14th day of June, 2022.

Dated: June 14, 2022          Respectfully submitted,

                              s/*Scott D. Crowell*
                              SCOTT D. CROWELL
                              MICHAEL HOLLOWELL

                              *Attorneys for Plaintiff*
                              *Redding Rancheria*

Dated:  June 14, 2022

Respectfully submitted,

s/ *Noel A. Fischer*
NOEL A. FISCHER
(signature authorized 6/14/22)
Deputy Attorney General

ROB BONTA
Attorney General of California
SARA J. DRAKE
Senior Assistant Attorney General
T. MICHELLE LAIRD
Supervising Deputy Attorney General
JEREMY STEVENS
Deputy Attorney General

*Attorneys for the State Defendants*