MICHAEL HOLLOWELL, SBN 314530
Redding Rancheria
2000 Redding Rancheria Road
Redding, California 96001-5528
Michael.Hollowell@reddingrancheria-nsn.gov
Telephone: (530) 242-4557
Fax: (530) 243-8768

SCOTT D. CROWELL, *Pro Hac Vice*
Crowell Law Office – Tribal Advocacy Group PLLC
1487 W. State Route 89A, Ste. 8
Sedona, Arizona 86336
scottcrowell@clotag.net
Telephone: (425) 802-5369
Fax: (509) 235-5017
Email: scottcrowell@clotag.net

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| REDDING RANCHERIA, a federally-recognized Indian Tribe,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA, and GAVIN NEWSOM IN HIS OFFICIAL CAPACITY AS GOVERNOR OF CALIFORNIA,<br><br>Defendants. | **Case No. 2:21-cv-00579-AWI-SKO**<br><br>**ORDER TO STAY PROCEEDINGS**<br><br>(Doc. 30) |

Pursuant to the Joint Stipulation to Stay Proceedings (Doc. 30), filed on June 14, 2022, the Court hereby ORDERS as follows:

1. All proceedings in this matter are stayed until twenty-one (21) days after the later of:

    (i) the issuance of an opinion by the United States Court of Appeals for the Ninth Circuit in the matter of *Chicken Ranch Rancheria of Me-Wuk Indians, et al. v. State*

*of California*, *et al.*, Case No. 21-15751; or (ii) the publication by Interior in the Federal Register of its decisions to approve, deny, or not act on the revised class III gaming compacts between the State of California and the Middletown Rancheria of Pomo Indians of California and between the State of California and the Santa Rosa Indian Community of the Santa Rosa Rancheria.

2. The Scheduling Order, as set forth in the Third Order Amending Scheduling Order, issued on March 15, 2022 (Doc. 29), is VACATED.

3. The Parties shall submit to the Court a joint status report and proposed schedule by no later than the date the stay is lifted by the terms of this order.

IT IS SO ORDERED.

Dated:   **June 22, 2022**                              /s/ *Sheila K. Oberto*
                                                                      UNITED STATES MAGISTRATE JUDGE