1  MICHAEL HOLLOWELL, State Bar No. 314530
   Redding Rancheria
2  200 Redding Rancheria Road
   Redding, CA  96001-5528
3  SCOTT D. CROWELL, *Pro Hac Vice*
   Crowell Law Office – Tribal Advocacy Group PLLC
4  1487 W. State Route 89A, Suite 8
   Sedona, AZ  86336
5  *Attorneys for Plaintiff*

6  ROB BONTA
   Attorney General of California
7  SARA J. DRAKE
   Senior Assistant Attorney General
8  T. MICHELLE LAIRD
   Supervising Deputy Attorney General
9  JEREMY STEVENS, State Bar No. 313883
   NOEL A. FISCHER, State Bar No. 232553
10 Deputy Attorneys General
     600 West Broadway, Suite 1800
11   San Diego, CA  92101
     P.O. Box 85266
12   San Diego, CA  92186-5266
     Telephone:  (619) 738-9133
13   Fax:  (619) 645-2271
     E-mail:  Noel.Fischer@doj.ca.gov
14 *Attorneys for State Defendants*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REDDING RANCHERIA, a federally-recognized Indian Tribe,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA, and GAVIN NEWSOM IN HIS OFFICIAL CAPACITY AS GOVERNOR OF CALIFORNIA,<br><br>Defendants. | Case No.: 2:21-cv-00579-ADA-SKO<br><br>**JOINT STIPULATION TO STAY PROCEEDINGS PENDING APPROVAL OF TRIBAL-STATE CLASS III GAMING COMPACT; [PROPOSED] ORDER** |

1

Joint Stip. to Stay Proceedings Pending Approval of Tribal-State Class III
Gaming Compact; [Proposed] Order (2:21-cv-00579-ADA-SKO)

Pursuant to the United States District Court, Eastern District of California Local Rules, Rule 143, Plaintiff Redding Rancheria, a federally recognized Indian Tribe (Tribe), and Defendant Gavin Newsom, in his official capacity as Governor of the State of California, and Defendant State of California (collectively, State Defendants), stipulate as follows:

Whereas, pursuant to stipulation (Doc. 30) this matter has been stayed while the Tribe and State Defendants (collectively, the Parties) engaged in discussions to resolve this matter. Doc. 32.

Whereas, these discussions have resulted in agreement on the terms of a new tribal-state class III gaming compact between the Parties.

Whereas, as of March 30, 2023, the Tribe and the Governor have executed the Tribal-State Gaming Compact Between the State of California and the Redding Rancheria (Compact).

Whereas, under State law, the Compact must now be ratified by the California Legislature. Cal. Const. art. IV, § 19(f); *see* Cal. Gov't Code § 12012.25(c)-(e).

Whereas, following ratification by the California Legislature, the Compact can only take effect pursuant to the Indian Gaming Regulatory Act, 18 U.S.C. §§ 1166-1167, 25 U.S.C. §§ 2701-2721, when notice of approval (or notice that the compact has been allowed to go into effect because it has not been disapproved within forty-five days of its submission) has been published in the Federal Register by the Secretary of the Department of the Interior (Secretary). 25 U.S.C. § 2710(d)(3)(B) & (8)(D).

Whereas, the Parties believe that continuing the stay of this action until the Compact has completed the ratification and approval process will conserve the resources of the Court and the Parties.

Whereas, the Parties request that the stay of this action be continued until the Compact ratification and approval process is completed.

Whereas, the Parties intend to provide a joint stipulation of dismissal when the Secretary has published notice of approval (or notice that the compact has been allowed to go into effect because it has not been disapproved within forty-five days of its submission) in the Federal

2

Joint Stip. to Stay Proceedings Pending Approval of Tribal-State Class III
Gaming Compact; [Proposed] Order (2:21-cv-00579-ADA-SKO)

Register that the Compact is in effect within fourteen (14) days following the completion of the Compact ratification and approval process.

IT IS HEREBY STIPULATED and respectfully requested by the Parties that the Court continue the stay in this matter until the Compact ratification and approval process is completed.

IT IS FURTHER STIPULATED and respectfully requested by the Parties that the Court order the Parties to submit a joint stipulation of dismissal following notice of approval (or notice that the compact has been allowed to go into effect because it has not been disapproved within forty-five days of its submission) in the Federal Register by the Secretary that the Compact is in effect within fourteen (14) days following completion of the Compact ratification and approval process.

RESPECTFULLY SUBMITTED this 22nd day of May, 2023.

Dated:  May 22, 2023

Respectfully submitted,

*/s/ Scott Crowell*

SCOTT CROWELL
MICHAEL HOLLOWELL
*Attorneys for Plaintiff*
*Redding Rancheria*

Dated:  May 22, 2023

Respectfully submitted,

ROB BONTA
Attorney General of California
SARA J. DRAKE
Senior Assistant Attorney General
T. MICHELLE LAIRD
Supervising Deputy Attorney General
JEREMY STEVENS
Deputy Attorney General

*/s/ Noel A. Fischer*

NOEL A. FISCHER
Deputy Attorney General
*Attorneys for State Defendants*

3

Joint Stip. to Stay Proceedings Pending Approval of Tribal-State Class III
Gaming Compact; [Proposed] Order (2:21-cv-00579-ADA-SKO)

**ORDER**

Pursuant to the Joint Stipulation to Stay Proceedings Pending Approval of Tribal-State Class III Gaming Compact, filed on May 2, 2023, this Court hereby orders the following:

1. All proceedings in this matter will remain stayed until the March 30, 2023 Tribal-State Gaming Between the State of California and the Redding Rancheria, California (Compact) has completed the state and federal ratification and approval process.

2. The Parties shall submit to the Court a joint stipulation of dismissal within fourteen (14) days following completion of the ratification and approval process of the Compact.

**IT IS SO ORDERED.**

Dated:_____

_____
THE HONORABLE ANA DE ALBA
United States District Judge

4

Joint Stip. to Stay Proceedings Pending Approval of Tribal-State Class III
Gaming Compact; [Proposed] Order (2:21-cv-00579-ADA-SKO)