MICHAEL HOLLOWELL, State Bar No. 314530
Redding Rancheria
200 Redding Rancheria Road
Redding, CA  96001-5528
SCOTT D. CROWELL, *Pro Hac Vice*
Crowell Law Office – Tribal Advocacy Group PLLC
1487 W. State Route 89A, Suite 8
Sedona, AZ  86336
*Attorneys for Plaintiff*

ROB BONTA
Attorney General of California
T. MICHELLE LAIRD
Acting Senior Assistant Attorney General
JEREMY STEVENS, State Bar No. 313883
NOEL A. FISCHER, State Bar No. 232553
Deputy Attorneys General
  600 West Broadway, Suite 1800
  San Diego, CA  92101
  P.O. Box 85266
  San Diego, CA  92186-5266
  Telephone:  (619) 738-9133
  Fax:  (619) 645-2271
  E-mail:  Noel.Fischer@doj.ca.gov
*Attorneys for State Defendants*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **REDDING RANCHERIA, a federally-recognized Indian Tribe,**<br><br>                              Plaintiff,<br><br>         v.<br><br>**STATE OF CALIFORNIA, and GAVIN NEWSOM IN HIS OFFICIAL CAPACITY AS GOVERNOR OF CALIFORNIA,**<br><br>                              Defendants. | **Case No.: 2:21-cv-00579-ADA-SKO**<br><br>**JOINT STATUS REPORT** |

Pursuant to this Court's minute entry of May 18, 2023 (ECF 38), Plaintiff Redding Rancheria, a federally recognized Indian Tribe (Tribe), and Defendant Gavin Newsom, in his official capacity as Governor of the State of California, and Defendant State of California (collectively, State Defendants), provide this joint status report addressing the specific matters set forth in the minute entry:

1. **What is the procedural history of the case?**

On May 22, 2023, the parties submitted a Joint Stipulation to Stay Proceedings Pending Approval of Tribal State Class III Gaming Compact and Proposed Order (ECF 39). Ratification by the California State Legislature and approval or effective approval by the Department of the Interior of the class III tribal state gaming compact (Compact) the parties negotiated in the pending litigation is expected to moot the pending litigation. The matter had been stayed pending those negotiations. Prior to the stays being issued, the parties were working on submitting a record of negotiations. No discovery has been pursued and no dispositive motions have been filed. It is expected that the parties would agree upon a proposed scheduling order in the unlikely event the negotiated Compact is not ratified or approved.

2. **If there is a pending motion presently before the court, is it still at issue for the parties?**

The only pending motion is the Joint Stipulation to Stay Proceedings Pending Approval of Tribal State Class III Gaming Compact and Proposed Order (ECF 39), which has been submitted, but not executed by this Court at the time of this submission.

3. **Have the parties engaged in settlement negotiations whether formally or informally? If so, when?**

Yes, as indicated above, the parties engaged in negotiations over the course of the last eighteen months and have reached an agreement on the terms of the Compact, which upon ratification by the California State Legislature and approval or effective approval by the Department of the Interior will moot the pending litigation.

4. **Would the parties benefit from a mandatory settlement conference before a Magistrate Judge?**

No, such a conference is not necessary.

5. **Would the parties benefit from a status conference with Judge de Alba?**

No, such a status conference is not necessary.

RESPECTFULLY SUBMITTED this 1st day of June, 2023.

Dated:  June 1, 2023                                   Respectfully submitted,

s/ *Scott Crowell*
SCOTT CROWELL
MICHAEL HOLLOWELL
*Attorneys for Plaintiff*
*Redding Rancheria*

Dated:  June 1, 2023                                   Respectfully submitted,

s/ *Rob Bonta as authorized 6/1/23*
ROB BONTA
Attorney General of California
T. MICHELLE LAIRD
Acting Senior Assistant Attorney General
JEREMY STEVENS
Deputy Attorney General

s/ *NOEL A. FISCHER AS AUTHORIZED 6/1/23*
NOEL A. FISCHER
Deputy Attorney General
*Attorneys for State Defendants*