1  MICHAEL HOLLOWELL, State Bar No. 314530
   Redding Rancheria
2  200 Redding Rancheria Road
   Redding, CA  96001-5528
3  SCOTT D. CROWELL, *Pro Hac Vice*
   Crowell Law Office – Tribal Advocacy Group PLLC
4  1487 W. State Route 89A, Suite 8
   Sedona, AZ  86336
5  *Attorneys for Plaintiff*

6  ROB BONTA
   Attorney General of California
7  T. MICHELLE LAIRD
   Acting Senior Assistant Attorney General
8  JEREMY STEVENS, State Bar No. 313883
   NOEL A. FISCHER, State Bar No. 232553
9  Deputy Attorneys General
     600 West Broadway, Suite 1800
10    San Diego, CA  92101
     P.O. Box 85266
11    San Diego, CA  92186-5266
     Telephone:  (619) 738-9133
12   Fax:  (619) 645-2271
     E-mail:  Noel.Fischer@doj.ca.gov
13 *Attorneys for State Defendants*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **REDDING RANCHERIA, a federally-recognized Indian Tribe,**<br><br>                              Plaintiff,<br><br>       v.<br><br>**STATE OF CALIFORNIA, and GAVIN NEWSOM IN HIS OFFICIAL CAPACITY AS GOVERNOR OF CALIFORNIA,**<br><br>                              Defendants. | **Case No.: 2:21-cv-00579-NODJ-SKO**<br><br>**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff Redding Rancheria, a federally recognized Indian Tribe (Tribe), and Defendant Gavin Newsom, in his official capacity as Governor of the State of California, and Defendant State of California (collectively, State Defendants), acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate to the Dismissal With Prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs.

A new Tribal-State Gaming Compact Between the State of California and the Redding Rancheria (Compact), which was duly negotiated between the Tribe and the Governor, ratified by the State Legislature and affirmatively approved by the United States Department of the Interior has been in effect since November 30, 2023. The Compact moots the issues in this litigation as between the parties such that dismissal is appropriate.

RESPECTFULLY SUBMITTED this 16th day of December, 2023.

Dated: December 16, 2023                                  Respectfully submitted,

/s/ Scott Crowell
SCOTT CROWELL
MICHAEL HOLLOWELL
*Attorneys for Plaintiff*
*Redding Rancheria*


Dated: December 16, 2023                                  Respectfully submitted,

ROB BONTA
Attorney General of California
T. MICHELLE LAIRD
Acting Senior Assistant Attorney General
JEREMY STEVENS
Deputy Attorney General


/s/ NOEL FISCHER
NOEL A. FISCHER
Deputy Attorney General
*Attorneys for State Defendants*

**ORDER**

The Joint Stipulation is approved.  The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

DATED:_____                    _____
                                        United States District Judge